UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
JUL 11 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| MARLO SINGLETON, | ) 4:19CR544 JAR/SPM |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 24, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MARLO SINGLETON,**

the Defendant herein, knowingly possessed firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney